NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5011

THE CNA CORPORATION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 07-CV-858, Judge Marian Blank Horn.

ON MOTION

O R D E R

Upon consideration of the United States' motion for an extension of time, until June 4, 2009, to file the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alexander D. Tomaszczuk, Esq.
Matthew H. Solomson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK